**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANA L. DEW**                                                                                    **PLAINTIFF**

**v.**                                          **Case No. 3:22-cv-00122-KGB**

**GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,** *et al.*                                         **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is the consent motion to extend time to file responsive pleading to plaintiff's complaint of defendant The Guardian Life Insurance Company of America ("Guardian") (Dkt. No. 3). Guardian states that its' response to plaintiff Dana L. Dew's complaint is due on June 10, 2022 (*Id.* , ¶ 2). Guardian seeks an extension of time up to, and including, July 1, 2022, to respond to Ms. Dew's complaint (*Id.*, ¶ 3). Counsel for Guardian states that he contacted counsel for Ms. Dew who consents to the requested extension (*Id.*, ¶ 4). For good cause shown, the Court grants Guardian's consent motion to extend time to file responsive pleading to plaintiff's complaint (*Id.*). The deadline for Guardian to respond to Ms. Dew's complaint is extended to, and including, July 1, 2022.

So ordered this 13th day of June, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge