IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA L. DEW**            **PLAINTIFF**

v.            **Case No. 3:22-cv-00122-KGB**

**GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,** *et al.*            **DEFENDANTS**

## ORDER

Before the Court are the applications for *pro hac vice* admission of Grace R. Murphy and Matthew S. Edinger of Maynard, Cooper & Gale, P.C. as counsel of record for defendant The Guardian Life Insurance Company of America ("Guardian") (Dkt. Nos. 5; 6). The Court waives the requirement that Ms. Murphy and Mr. Edinger designate a local attorney that maintains an office in Arkansas and grants the applications to admit Ms. Murphy and Mr. Edinger *pro hac vice* pursuant to Local Rule 83.5(d). They shall appear as counsel of record for Guardian.

So ordered this 15th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge