IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANA L. DEW**                                                                                                          **PLAINTIFF**

v.                              **Case No. 3:22-cv-00122-KGB**

**GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court received informal notification from counsel of record for plaintiff, Dana L. Dew, with confirmation from counsel of record for defendant The Guardian Life Insurance Company of America ("Guardian"), that the parties have reached a confidential settlement to resolve the case. The parties state that a stipulation will be filed in the near future and request that the Court suspend the current scheduling order and its deadlines. For good cause shown, the Court grants the request to suspend the deadlines in the ERISA Scheduling Order (Dkt. No. 10). If necessary, the Court will set new deadlines by separate order. The parties are directed to file within 30 days from the entry of this Order a joint stipulation and motion for dismissal or a status report with the Court.

So ordered this 7th day of September, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge