# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DANA L. DEW**                                                                                          **PLAINTIFF**

**v.**                              **Case No. 3:22-cv-00122-KGB**

**GUARDIAN LIFE INSURANCE**
**COMPANY OF AMERICA,** *et al.*                                                            **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs.

So ordered this 3rd day of October, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge